UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SILVESTRE R. C., | Case No. 26-cv-436 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and ERIC TOLLEFSON, *Sheriff of Kandiyohi County Jail*, | |
| Respondents. | |

---

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Silvestre R. C. (ECF No. 1) no later than **January 23, 2026**, showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness of Silvestre R. C.'s detention in light of the issues raised in the Petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Silvestre R. C.'s claims;

    c.    As to Silvestre R. C.'s claim that he is entitled to a bond hearing, a good-faith argument as to whether—and if so, why—this matter is *materially* distinguishable, either factually or legally, from *Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025) and *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025);

    d.    A response to Silvestre R. C.'s Fourth Amendment claim; and

    e.    Respondents' recommendation on whether a hearing should be conducted in this matter.

3.    If Silvestre R. C. wishes to address Respondents' answer, he must file his reply no later than **January 28, 2026**. After that, neither party may submit additional filings unless authorized by the Court.

4.    Respondents are **ENJOINED** from moving Silvestre R. C. outside of the District of Minnesota during the pendency of these proceedings, so that Silvestre R. C. may consult with his counsel and participate in this litigation while the Court is considering his Petition.

Dated: January 20, 2026          *s/Laura M. Provinzino*
Time: 12:52 p.m.          Laura M. Provinzino
        United States District Judge