# UNITED STATES DISTRICT COURT
## District of Minnesota

Rendon Chavez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-436 LMP/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Silvestre R. C.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government is **ORDERED** to release Silvestre R. C. from custody by no later than 5:00 p.m. CST on January 24, 2026; and

3. No later than 10:00 a.m. CST on January 26, 2026, the Government is **ORDERED** to provide a status update affirming that Silvestre R. C. was released from custody in accordance with this Order.

Date: 1/24/2026

KATE M. FOGARTY, CLERK