# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SILVESTRE R. C., | Case No. 26-cv-436 (LMP/JFD) |
| Petitioner, | |
| v. | |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and ERIC TOLLEFSON, *Sheriff of Kandiyohi County Jail*, | **ORDER FOR BRIEFING AND HEARING** |
| Respondents. | |

On January 23, 2026, this Court granted Petitioner Silvestre R. C.'s petition for a writ of habeas corpus and ordered him released from custody no later than 5:00 p.m. CST on January 24, 2026. ECF No. 6 at 4. The Court ordered the Government to provide a status update, no later than 10:00 a.m. CST on January 26, 2026, confirming that Silvestre R. C. was released from custody in accordance with that order. *Id.*

That deadline came and went without a response from the Government. The Court gave the Government a second chance by ordering it to show cause, no later than 3:00 p.m. CST today, why it should not be held in contempt for failing to provide confirmation of Petitioner's release. ECF No. 8.

That deadline also passed without a response from the Government. Approximately 20 minutes after that deadline passed, the Government responded that Silvestre R. C. was released from custody at 7:05 p.m. on January 25—26 hours after the Court's deadline for releasing Silvestre R. C. ECF No. 11 at 2. Silvestre R. C. also submitted a response largely confirming this series of events but indicating that upon his release, Immigration and Customs Enforcement ("ICE") retained his government-issued identification and passport. ECF No. 10 at 2. Silvestre R. C. asserts that there is no lawful basis for ICE to retain his government-issued identification and passport. *Id.*

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. No later than **5:00 p.m. CST on Tuesday, January 27, 2026**, the Government is **ORDERED** to provide briefing identifying the legal basis on which ICE retains Silvestre R. C.'s government-issued identification and passport. Silvestre R. C. may, but is not required to, file a reply brief no later than **9:00 a.m. CST on Wednesday, January 28, 2026**.

2. A hearing is set for **Wednesday, January 28, 2026, at 10:00 a.m. CST** in Courtroom 3A of the Warren E. Burger Federal Building and U.S. Courthouse, at which the Government must show cause, if any there be, why it should not be held in contempt for failing to comply with the Court's orders at ECF Nos. 6 and 8.

3. Friedrich A. P. Siekert must attend the hearing on behalf of the Government.

Dated: January 26, 2026                    *s/Laura M. Provinzino*
                                                                           Laura M. Provinzino
                                                                           United States District Judge